PD-1232-15

PD-1232-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/17/2015 11:11:16 PM
Accepted 9/22/2015 11:57:50 AM
ABEL ACOSTA
CLERK

No.

_____

IN THE COURT OF CRIMINAL APPEALS
FOR THE
STATE OF TEXAS AT AUSTIN

_____

| | | |
|---|---|---|
| NEVA JANE GONZALES | § | APPELLANT |
| V. | § | |
| STATE OF TEXAS | § | APPELLEE |

_____

## MOTION TO EXTEND TIME FOR FILING PETITION FOR DISCRETIONARY

## REVIEW

COMES NOW NEVA JANE GONZALES Appellant in the above entitled and numbered cause and moves the court to extend the time for filing his petition for discretionary review and in support thereof would show the court as follows:

Appellant was convicted of the felony of murder in cause number 1376224 in the 232nd District Court of Harris County and assessed a punishment of imprisonment for life in the Institutional Division on February 13, 2014. Appeal was perfected on February 13, 2014.

ppellant's conviction was affirmed in an opinion of the Fourteenth Court of Appeals in Cause No. 14-14-00204-CR, delivered August 13, 2015. No motion for rehearing was filed. Appellant's petition for discretionary review was due on September 14, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

September 22, 2015

ABEL ACOSTA, CLERK

Counsel has been unable to complete the petition because of several other Appellate briefs he has been preparing .

Appellant is requesting an extension of time of 30 days to file the petition, until October 14, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be granted.

Respectfully submitted,

____/s/ J. Sidney Crowley _____
J. SIDNEY CROWLEY
214 Morton St.
Richmond, Texas 77469
(713) 232-8332
TBC No. 05170200
ATTORNEY FOR APPELLANT

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing instrument was electronically served on the Harris County District Attorney's Office this the 18th day of September, 2015.

____/s/ J. Sidney Crowley_____